# UNITED STATES DISTRICT COURT

## for the

### District of Massachusetts

| | |
|---|---|
| DINA DYGON<br>_____<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br><br>CHICOPEE HOUSING AUTHORITY<br>_____<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_  ☑Yes ☐No |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DINA DYGON |
| Street Address | 28 MAIN ST. #306 |
| City and County | CHICOPEE          HAMPDEN CTY |
| State and Zip Code | MA 01021 |
| Telephone Number | 413-887-8111 |
| E-mail Address | d-dygon@ MSN.COM |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

CHICOPEE HOUSING AUTHORITY

128 MEETING HOUSE ~~WAY~~ ROAD

CHICOPEE    HAMDEN CTY

MA 01013

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CHICOPEE HOUSING AUTHORITY IS IN VIOLATION OF DISCRIMINATION, FAILURE TO HOUSE /PRO SE RELIEF AND TO DISCLOSE SETTLEMENT REACHED IN OCTOBER 2024.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* DINA DYGON , is a citizen of the State of *(name)* MASSACHUSETTS .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* DIRECTOR FOR THE CHICOPEE HOUSING AUTHORITY is a citizen of the State of *(name)* MASSACHUSETTS . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

         The defendant, *(name)* CHICOPEE HOUSING AUTHORITY is incorporated under

         the laws of the State of *(name)* MASSACHUSETTS , and has its

         principal place of business in the State of *(name)* MASSACHUSETTS .

         Or is incorporated under the laws of *(foreign nation)* _____,

         and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

I WAS NEVER CONTACTED BY NOTICE NOR TOLD BY THE DEFENDANT THE SETTLEMENT WHILE IN 2025 I WAS ASKED TO COME TO THE CHA OFFICE TO DO A SCREENING AND VERIFICATION OF DOCUMENTS WAS REACHED. I WAS SIMPLY TOLD I WAS AT #9 ON THEIR WAITLIST EVEN WITH THE CHAMP APPROVED APPEAL LETTER I BROUGHT IN IN PERSON FOR NORMA BURSOS FROM THE OCTOBER 2024 COURT FINDING.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

WILLFUL VIOLATION OF THE FAIR HOUSING ACT ARE ARE RECIDIVISTS. DESPITE THE OCTOBER 2024 FEDERAL CONSENT ORDER IN CASE 3:21-CV-10649-KAR, CHA CONTINUED ITS DISCRIMINATORY PRACTICES IN 2025, AFTER I PRESENTED A VALID CHAMP PRIORITY-IV APPEAL APPROVAL TO NORMA BUROS AND WHILE IIM STILL ON 26 YR WAITLIST FROM 2000 - PROOF OF THE 2018 DATE STAMPED DOCUMENT FOR SECTION 8 APP. BY PASSING MY PRIORITY 1 STATUS, CREATING MY CARDIAC CRISIS+1000+ DAYS OF CONTINUED HOMELESSNESS. BREACH OF GOOD FAITH FRAUD CONCEALMEN

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLAINTIFF SEEKS COMPENSATORY, TREBLE, AND PUNITIVE DAMAGES FOR 26 YEARS OF SYSTEMIC WAITLIST THAT WAS FALSE, AND FOR THE 1000+ DAYS OF UNSHELTERED LIVING I SIGNIFICANT EMOTIONAL AND PHYSICAL DISTRESS EVIDENCE BY A MEDICAL HEART MONITOR DESPITE PROOF MY STAMPED 2018 SECTION 8 APPLICATION, MOTION TO EXPEDITE FOR EMERGENCY HEARING, MEDICAL DANGER ON HEART MONITOR AND LIVING IN VEHICLE.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/6/2026

Signature of Plaintiff

Printed Name of Plaintiff    DINA DYGON

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____